FILED15 JUL '14 16:00USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION  (M-15-0243-M)

UNITED STATES OF AMERICA         3:14-cr-00293-HZ

v.                                                                 INDICTMENT

MICHAEL GOMEZ TEJADA and            21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and
JESUS MIGUEL VALENCIA,                                                (b)(1)(B)(i);
                                                                        18 U.S.C. § 2
Defendants.

### THE GRAND JURY CHARGES:

#### COUNT 1
[Distribution of Heroin]

On or about June 13, 2013, in the District of Oregon, the defendant, **MICHAEL GOMEZ TEJADA**, knowingly and intentionally distributed heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges, pursuant to Title 21, United States Code, Section 841(b)(1)(B)(i), that this violation involved 100 grams or more of a mixture or substance containing a detectable amount of heroin.

#### COUNT 2
[Distribution of Methamphetamine]

On or about June 14, 2013, in the District of Oregon, the defendants, **MICHAEL GOMEZ TEJADA and JESUS MIGUEL VALENCIA**, knowingly and intentionally distributed methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

The Grand Jury further charges, pursuant to Title 21, United States Code, Section 841(b)(1)(A)(viii), that this violation involved 50 grams or more of actual methamphetamine.

## FORFEITURE ALLEGATION
[Drug Offense]

As a result of committing the controlled substance offense alleged in Counts 1 and 2 of this indictment, **MICHAEL GOMEZ TEJADA and JESUS MIGUEL VALENCIA**, defendant herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds said defendants obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 1 and 2 of this Indictment; all as provided in Title 21, United States Code, Section 853.

Dated this _15_ day of July 2014.

A TRUE BILL.

PRESIDING GRAND JUROR

Presented by:

S. AMANDA MARSHALL
United States Attorney
District of Oregon

JOHN C. LAING, OSB #82306
Assistant United States Attorney